# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ANTHONY TUCKER, | )<br>)<br>) |
| Plaintiff, | )<br>) No.: 3:21-CV-187-CLC-HBG |
| v. | )<br>) |
| M. PARRIS, STACY OAKES,<br>M. AVERY, EDMUND LANE,<br>JENNER CONNER, LYNNDY BYRGE,<br>R/N TONI, W.L. KHAN,<br>NASHVILLE NEUROSURGERY<br>ASSOCIATES, FRAN HALL, and<br>CENTURION OF TENNESSEE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT